IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DESMOND HARRISON**                                                                                    **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:16-cv-00002-MPM-SAA**

**MTC AKA MTC, LLC; MARSHALL COUNTY CORRECTIONAL
FACILITY; WARDEN TIMOTHY OUTLAW; DEPUTY WARDEN
DOTY; SERGEANT POWELL; NURSE FURNESS; CORRECTIONAL
OFFICER HARDAWAY; OFFICER GURLEY; JOHN DOES 1 – 10;
JANE DOES 1 – 10; NURSE DARNELL**                              **DEFENDANTS**

---

### CORPORATE DISCLOSURE STATEMENT

---

COMES NOW Defendant Management & Training Corporation, by counsel and pursuant to Local Uniform Civil Rule 7(c), and files its Corporate Disclosure Statement. In support, Defendant Management & Training Corporation would show unto the Court the following:

1. Defendant Management & Training Corporation has no parent companies.

2. In addition, no publicly-held companies own ten percent (10%) or more stock in Defendant Management & Training Corporation.

RESPECTFULLY SUBMITTED, this the 2nd day of March, 2016.

                                              **MANAGEMENT & TRAINING CORPORATION**

                                    By:    */s/ R. Jarrad Garner*
                                                            R. Jarrad Garner (MSB No. 99584)
                                                            Benjamin B. Morgan (MSB No. 103663)
                                                            ADAMS AND REESE LLP
                                                            1018 Highland Colony Parkway, Suite 800
                                                            Ridgeland, Mississippi 39157
                                                            Telephone:     601-353-3234
                                                            Facsimile:      601-355-9708
                                                            jarrad.garner@arlaw.com
                                                            ben.morgan@arlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document with the Clerk of the Court using the ECF electronic filing system, which sent notification of such filing to all counsel of record.

This the 2nd day of March, 2016.

/s/ R. Jarrad Garner
R. Jarrad Garner