# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DESMOND HARRISON**                                                                              **PLAINTIFF**

**vs.**                                                  **CIVIL ACTION NO. 3:16-CV-2-MPM-SAA**

**MTC, ET AL**                                                                **DEFENDANTS**

## FINAL JUDGMENT

The Report and Recommendation of the United States Magistrate Judge dated April 20, 2016, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record as well as to plaintiff's email address, shawnharrison11@gmail.com.[1] More than fourteen days have elapsed since service of the Report and Recommendation, and no objection has been filed or served by the parties. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated April 20, 2016, is approved and adopted, and the proposed findings of fact and conclusions of law in it are adopted as the findings of fact and conclusions of law of the court.

2. This case is dismissed with prejudice under FED. R. CIV. P. 41(b).

SO ORDERED, this the 5th day of May, 2016.

                                                           **/s/ MICHAEL P. MILLS**
                                                           **UNITED STATES DISTRICT JUDGE**
                                                           **NORTHERN DISTRICT OF MISSISSIPPI**

---

[1] Correspondence sent to plaintiff's last known physical address has been returned as "Moved – unable for forward."